IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHAWN B. McCULLERS          :      CIVIL ACTION
                            :
         v.                 :
                            :
MICHAEL CHERTOFF, Secretary, :
Department of Homeland      :
Security                    :      NO. 07-4187

ORDER

AND NOW, this 1st day of May, 2009, upon consideration of the Plaintiff's Motion for Leave to Amend His Complaint and for Reconsideration of Count II (Docket No. 40), and the defendant's opposition thereto (Docket No. 51), and for the reasons set forth in the memorandum of law bearing today's date, IT IS HEREBY ORDERED that said motion is DENIED.


BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.