IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHAWN B. McCULLERS          :      CIVIL ACTION
                            :
     v.                     :
                            :
MICHAEL CHERTOFF, Secretary,:
Department of Homeland      :
Security                    :      NO. 07-4187

ORDER

AND NOW, this 11th day of January, 2010, upon consideration of the defendant's motion for summary judgment and supporting materials (Docket Nos. 52-62), the plaintiff's opposition (Docket Nos. 73 and 76), and the defendant's reply thereto (Docket No. 77), and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the defendant's motion is GRANTED. Judgment is hereby entered against the plaintiff and for the defendant. This case is closed.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.